# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SKYBUS JET CARGO INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AERGO INTERNATIONAL PTY LTD, a foreign company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02865-JAK-AFM<br><br>**JUDGMENT**<br><br>**JS-6** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Aergo International PTY, Ltd.'s ("Defendant") Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, *Forum Non Conveniens* ("Motion") was granted. Therefore, **IT IS HEREBY ORDERED THAT** this action is hereby dismissed without prejudice

DATED: April 10, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

-1-